B6B (Official Form 6B) (12/07)

In re **Ernesto Tellez, Sr.,**
**Dolores Marina Tellez**
                                                                                            ,
                                                                Debtors

Case No.  **10-32488**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash for necessities of life.** | **C** | **20.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking xxxxx3889, Savings Account # xxxxx9189** **Bank of America Serramonte Plaza Branch PO 37176 San Francisco, CA 94137-0176** | **C** | **1,500.00** |
| | | | **Sierra Point Credit Union Member # xxxx9103** **365 South Spruce Avenue South San Francisco, CA 94080** | **C** | **3,000.00** |
| | | | **Wells Fargo  xxxx5279** **Wells Fargo P.O. Box 6995 Portland, OR 97228-6995** | **C** | **2,500.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Various Household Goods and Furnishings** | **J** | **5,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various books, photos and collectibiles.** | **J** | **50.00** |
| 6. | Wearing apparel. | | **Clothing** | **J** | **200.00** |
| 7. | Furs and jewelry. | | **Wedding rings; Miscellaneous jewelry** | **C** | **2,000.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >     **14,270.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                                      Best Case Bankruptcy

In re **Ernesto Tellez, Sr.,**
      **Dolores Marina Tellez**
                                                                    Case No. **10-32488**
_____,
                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Local SEIU 87 Pension** | C | 195,200.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | **195,200.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Ernesto Tellez, Sr.,** Case No. **10-32488**
**Dolores Marina Tellez**
                                                                                                                 ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Toyota Rav 4; South San Francisco; 185,000 miles; Good condition** | J | **2,445.00** |
| | | **2005 Toyota Sequoia; South San Francisco; 60,000 miles, Good Condition** | J | **17,050.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Tools and Equipment** | H | **1,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 dogs** | J | **100.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >   **20,595.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Ernesto Tellez, Sr.,** Case No. **10-32488**
**Dolores Marina Tellez**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Total > **230,065.00**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Ernesto Tellez, Sr.,**
       **Dolores Marina Tellez**
                                                                        Case No.   **10-32488**
_____,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash for necessities of life. | C.C.P. § 703.140(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking xxxxx3889, Savings Account # xxxxx9189 | C.C.P. § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| Bank of America Serramonte Plaza Branch PO 37176 San Francisco, CA 94137-0176 | | | |
| Sierra Point Credit Union Member # xxxx9103 | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| 365 South Spruce Avenue South San Francisco, CA 94080 | | | |
| Wells Fargo xxxx5279 | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| Wells Fargo P.O. Box 6995 Portland, OR 97228-6995 | | | |
| **Household Goods and Furnishings** | | | |
| Various Household Goods and Furnishings | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Various books, photos and collectibiles. | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| Clothing | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Wedding rings; Miscellaneous jewelry | C.C.P. § 703.140(b)(4) <br> C.C.P. § 703.140(b)(5) | 1,425.00 <br> 575.00 | 2,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Local SEIU 87 Pension | C.C.P. § 703.140(b)(10)(E) | 195,200.00 | 195,200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1996 Toyota Rav 4; South San Francisco; 185,000 miles; Good condition | C.C.P. § 703.140(b)(5) | 2,445.00 | 2,445.00 |
| 2005 Toyota Sequoia; South San Francisco; 60,000 miles, Good Condition | C.C.P. § 703.140(b)(2) <br> C.C.P. § 703.140(b)(5) | 3,525.00 <br> 7,860.00 | 17,050.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Tools and Equipment | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Animals** | | | |
| 2 dogs | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| | Total: | 224,400.00 | 230,065.00 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6J (Official Form 6J) (12/07)

In re  **Ernesto Tellez, Sr.**
      **Dolores Marina Tellez**                                     Case No.   **10-32488**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,844.00 |
| a. Are real estate taxes included?        Yes ___    No **X** | |
| b. Is property insurance included?        Yes ___    No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ 68.00 |
| b. Water and sewer | $ 30.00 |
| c. Telephone | $ 20.00 |
| d. Other  **See Detailed Expense Attachment** | $ 125.00 |
| 3. Home maintenance (repairs and upkeep) | $ 20.00 |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ 40.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 65.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 85.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **Real Esate Taxes** | $ 448.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 110.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **EducationExpense for children under 18** | $ 28.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,223.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $ 4,893.25 |
| b. Average monthly expenses from Line 18 above | $ 4,223.00 |
| c. Monthly net income (a. minus b.) | $ 670.25 |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **3 Cell Phones** | $ **80.00** |
| **ISP and cable** | $ **45.00** |
| **Total Other Utility Expenditures** | $ **125.00** |