B6D (Official Form 6D) (12/07)

In re **Ernesto Tellez, Sr.,**
    **Dolores Marina Tellez**
_____,
                       Debtors

Case No. __**10-32488**_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2694** <br><br> **Wachovia Bank** <br> **P.O. Box 659558** <br> **San Antonio, TX 78265-9558** | | C | **2515 Turnberry Drive South San Francisco, CA 94080; Single Family Home** <br><br> Value $      **560,000.00** | | | | **630,000.00** | **70,000.00** |
| Account No. **xxxxxx/x/2007** <br><br> **Wells Fargo/Wachovia Services** <br> **PO Box 19657** <br> **Irvine, CA 92623** | | C | **05/01/2005** <br> **Secured** <br> **2005 Toyota Sequoia; South San Francisco; 60,000 miles, Good Condition** <br><br> Value $      **17,050.00** | | | | **5,665.00** | **0.00** |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |
| **_0_** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **635,665.00** | **70,000.00** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **635,665.00** | **70,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re **Ernesto Tellez, Sr.,**  
     **Dolores Marina Tellez**                     Case No. **10-32488**

                                                  Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7288**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | | C | **Opened 9/01/05 Last Active 1/31/06**<br>**Notice Only** | | | | **310,400.00** |
| Account No. **xxx8973**<br><br>**California Service Bur**<br>**1602 Grant Av**<br>**Novato, CA 94947** | | C | **Opened 2/01/09**<br>**CollectionAttorney Pest Control Center** | | | | **136.00** |
| Account No. **xxxxxxxxxxx3521**<br><br>**Cbassociates**<br>**460 Union Ave**<br>**Fairfield, CA 94533** | | H | **City Of Davis** | | | | **76.00** |
| Account No. **xxxxxxxxxxx8881**<br><br>**Citibank Usa**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | C | **Opened 5/01/06 Last Active 6/08/10**<br>**ChargeAccount** | | | | **2,548.00** |

  **2** continuation sheets attached                                    Subtotal       **313,160.00**  
                                                                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            S/N:40314-100510    Best Case Bankruptcy

In re **Ernesto Tellez, Sr.,**
**Dolores Marina Tellez**
_____,
Debtors

Case No. **10-32488**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6765<br>**Credit Bureau Associat**<br>**460 Union Ave**<br>**Fairfield, CA 94533** | | C | Opened 3/01/08<br>CollectionAttorney Blake S Heating And Air | | | | 533.00 |
| Account No. xxxxx0929<br>**Kaiser Permanente --UCSB Incorporated**<br>**P.O. Box 74929**<br>**Los Angeles, CA 90004-0929** | | C | Medical Debt | | | | 1,000.00 |
| Account No. xxxxxx6238<br>**Pacific Gas & Electric**<br>**425 Market St**<br>**San Francisco, CA 94105** | | C | Opened 9/14/05 Last Active 1/01/10<br>Agriculture | | | | 7.00 |
| Account No. xxxxxxxxxxxx0001<br>**Toyota Motor Credit**<br>**c/o Tiburon Financial, LLC**<br>**PO Box 770**<br>**Boys Town, NE 68010** | | C | Opened 8/01/07 Last Active 2/25/09<br>Toyota Motor Cerdit: Truck was returned, 2007 Tundra. (Credited $3,500) | | | | 4,000.00 |
| Account No. xxxxxx5331<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | C | Opened 8/01/06 Last Active 5/31/10<br>Educational | | | | 1,832.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **7,372.00**

In re **Ernesto Tellez, Sr.,**
**Dolores Marina Tellez**
                                                                              ,
                                                                          Debtors

Case No. **10-32488**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. Husband, Wife, Joint, or Community | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx0001<br><br>**Verizon**<br>**c/c AFNI Inc**<br>**1310 Martin Luther King Drive**<br>**Bloomington, IL 61702** | | C | **Opened 9/01/08 Last Active 4/11/09**<br>**Cell Phone** | | | | 399.00 |
| Account No.<br><br>**Wells Fargo**<br>**P.O. Box 5445**<br>**Portland, OR 97228** | | C | **Loan** | | | | 4,000.00 |
| Account No. xxxxxxxx7513<br><br>**Wells Fargo Card Ser**<br>**Po Box 5058**<br>**Portland, OR 97208** | | C | **Opened 7/01/07 Last Active 5/18/10**<br>**CreditCard** | | | | 4,461.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 8,860.00 |
| | Total<br>(Report on Summary of Schedules) | 329,392.00 |